IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEANGELO SMITH, #299028, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:16-CV-495-WKW |
| ) | [WO] |
| BRENNIS BASKINS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge.  (Doc. # 25.) There being no timely objection filed to the Recommendation and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 25) is ADOPTED; and

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 13th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE